IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD EDWARD TOMLIN**                                   **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 1:15-cv-375-JCG**

**HEALTH ASSURANCE, LLC,**                                 **DEFENDANTS**
**KRISTI BOURN,**
**DR. WAYNE GRAYSON, and**
**JACKSON COUNTY,**
**MISSISSIPPI**

**FINAL JUDGMENT**

In accordance with the Court's Memorandum Opinion and Order entered today, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed. All claims against all Defendants are dismissed with prejudice.

**SO ORDERED** this the 20th day of July, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE